# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA



Devin Jamal Logan     3573501

*(Enter above the full name of the plaintiff or plaintiffs in this action).*      *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     **CIVIL ACTION NO.** 2:18-cv-01476
*(Number to be assigned by Court)*

South Central Regional Jail

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I. Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

         Yes _____     No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   Kanawha county magistrate Court, United States

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: 11/23/18

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** South Central Region (1)

   A. Is there a prisoner grievance procedure in this institution?

   Yes _X_    No ____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _X_    No ____

   C. If you answer is YES:

   1. What steps did you take? I have filed grivence) and had my family call.

   2. What was the result? Nothing

   D. If your answer is NO, explain why not: They will not give me a answer

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Devin Logan 3573501
      Address: 1001 Centre Way Charleston WV 25309

   B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: South Central Regional Jail

is employed as: Correctional Officer

at South Central Regional Jail

D. Additional defendants: C.O. Moupe

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have asked officer Moupe to try to retrive my property containing my legal paper work for my court case and commaisary and hygine products.

4

## IV. Statement of Claim (continued):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be moved to another facility and reimbursed for my commissary and time concerning this matter.

5

V. **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No __X__

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _Because i am currently incarcerated._

    C.   Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No __X__

6

If so, state the lawyer's name and address:

_____

_____

Signed this 26 day of November, 2018.

_____

_____

_____

*[signature]*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/26/18
            (Date)

*[signature]*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)