```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

**DEVIN JAMAL LOGAN,**

      Plaintiff,

v.                                        Civil Action No. 2:18-cv-01476

**SOUTH CENTRAL REGIONAL JAIL,**

      Defendant.

## ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on September 2, 2021.  The magistrate judge recommends that the court "dismiss this civil action, without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and to deny Plaintiff's Application to Proceed Without Prepayment of Fees and Costs." ECF No. 5 at 6. (emphasis omitted).  The plaintiff, proceeding pro se, has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and hereby is, adopted by the court;

2. The plaintiff's civil action be, and hereby is, dismissed without prejudice; and

3. The plaintiff's Application to Proceed Without Prepayment of Fees and Costs be, and hereby is, denied; and

4. This action be, and hereby is, dismissed from the docket.

The Clerk is directed to forward copies of this order to all counsel of record, any unrepresented parties, and the United States Magistrate Judge.

ENTER: November 3, 2021

John T. Copenhaver, Jr.
Senior United States District Judge